**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x

LESHAWN YOUNG, *On Behalf Of Herself And All Other Persons Similarly Situated*,

Plaintiff,

-against-

LA JOLLA SPORT U.S.A., INC.,

Defendant.

---------------------------------------x

ORDER

26 Civ. 6677 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Court is in receipt of the parties' letter, (ECF No. 6,) stating that the parties have reached a settlement in principle. Accordingly, the Clerk of Court is hereby ordered to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is filed within forty-five (45) days of this Order.

All deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: October 29, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge